```
                                                           USDC SDNY
                                                           DOCUMENT
                                                           ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                               DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                              DATE FILED: 7/11/2023
```

**IRINEO MARTINEZ ET AL.,**

        **Plaintiffs,**

-against-                                                              **23-cv-02032 (ALC)**

        **ORDER**

**GOURMET DELI ON 8TH AVE CORP. I ET AL,**
        **Defendants.**

**ANDREW L. CARTER, United States District Judge:**

    Plaintiffs filed a Complaint commencing this action on March 9, 2023. ECF No. 1. On May 23, 2023, this Court referred this matter to mediation. ECF No. 14. On that same day, Defendants Gourmet Deli on 8th Ave Corp. I and Tariq Mohammed Ali requested an extension of time to answer Plaintiffs' Complaint until July 6, 2023. ECF No. 15. The Court granted this request. ECF No. 16. Defendants timely filed their answer on July 6, 2023. ECF No. 20. According to the docket, a mediation conference is scheduled for August 10, 2023.

    The parties are hereby **ORDERED** to file a joint status report on **August 15, 2023** advising the Court of the current status of this matter.

**SO ORDERED.**

**Dated:   July 11, 2023**
            **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**