UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
JUAN DANIEL IRINEO MARTINEZ,            :

        Plaintiff,                     :
                                                        ORDER
   -v.-                                                 :
                                                        23 Civ. 2032 (ALC) (GWG)
GOURMET DELI ON 8TH AVE.                :
CORP. I, et al.,
                                               :
        Defendants.
---------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Counsel for defendants Gourmet Deli on 8th Ave. Corp. I and Tariq Mohammed Ali has filed a letter seeking to withdraw as attorney for defendants. (Docket # 26). The Court hereby ORDERS as follows:

1. Any party wishing to oppose this application to withdraw shall file papers in opposition by September 11, 2023. Counsel for defendants shall file on defendants' behalf any letter to the Court defendants wish to file regarding this application.

2. A conference to discuss the motion will take place in Courtroom 6-B, 500 Pearl Street, New York, New York, on <u>Wednesday, September 20, 2023, at 11:00 a.m.</u>

3. <u>Defendants Gourmet Deli on 8th Ave. Corp. I and Tariq Mohammed Ali are each required to attend this conference</u>. The corporation must send a representative who is authorized to engage counsel. Mr. Ali must attend in person. Other parties are not required to attend. Please be sure to arrive early so that the conference may begin on time.

4. Counsel for defendants, Ziyi Gao, shall arrange for hand delivery or delivery by overnight mail of a copy of this Order and the letter seeking to withdraw to each defendant's last known address. Afterwards, counsel shall make all reasonable efforts to confirm by telephone and/or e-mail that the letter and the copy of this Order were actually received by the defendants and that the defendants are aware that they must appear at the Court conference on September 20, 2023 at 11:00 a.m.

5. On or before September 13, 2023, Ziyi Gao shall file with the Court an affidavit or declaration describing the efforts to comply with paragraph 4 of this Order.

6. <u>Defendants Gourmet Deli on 8th Ave. Corp. I and Tariq Mohammed Ali are warned that if they fail to comply with this order, a default judgment may be entered against them and they may be subject to other sanctions</u>.

7. If an attorney files a notice of appearance for a party by no later than two business days before the conference, the presence of the party and the attorney moving to withdraw for that party will not be required to attend the conference.

8. The telephone conference scheduled for September 7, 2023 at 11:30 a.m. is cancelled.

SO ORDERED.

Dated: August 28, 2023
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge