UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUAN DANIEL IRINEO MARTINEZ et al.,             :

        Plaintiffs,             :             ORDER

  -v.-                                                                  :
                                                      23 Civ. 2032 (ALC) (GWG)
GOURMET DELI ON 8TH AVE CORP. I et al.,         :

        Defendants.             :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of the fact that defendant is overseas, the conference on September 20, 2023, at 11:00 a.m. will instead take place by telephone.  At the time of the conference, the parties in the United States shall dial (888) 557-8511 and use access code: 6642374.  The party outside the United States shall dial the following number instead: 215-446-3649 and use access code: 6642374.  When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone. A telephone line and microphone technology with optimal quality should be used.   The public may also dial in but will be permitted only to listen.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      Each attorney is directed to ensure that all other attorneys and parties on the case are aware of this Order.  Ziyi Gao should of course provide a copy of this Order to Tariq Mohammed Ali and confirm that he understands that he must dial in to this conference.

      SO ORDERED.

Dated: September 13, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge