UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN DANIEL IRINEO MARTINEZ et al.,        :

        Plaintiffs,        :        <u>ORDER</u>

  -v.-        :
        23 Civ. 2032 (ALC) (GWG)
GOURMET DELI ON 8TH AVE CORP. I et al.,        :

        Defendants.        :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The motion to withdraw (Docket # 26) is granted. Ziyi Gao and Jian Hang are terminated as attorneys for defendants. The Clerk is requested to note on the docket sheet the following information as to pro se defendant Tariq Mohammed Ali:

Tariq Mohammed Ali
c/o Salah Ali
3 Carnevale Dr
Albany, NY 12205
(518) 764-0505
Tali790999@gmail.com
Salah23901@hotmail.com

    SO ORDERED.

Dated: September 20, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge