UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN DANIEL IRINEO MARTINEZ et al.,          :

            Plaintiffs,          :          ORDER

   -v.-          :
                                                   23 Civ. 2032 (DEH) (GWG)
GOURMET DELI ON 8TH AVE CORP. I. et al.,          :

           Defendants.          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The discovery period having concluded and no party having filed a letter seeking permission to make a summary judgment motion by the Court-ordered deadline, the parties shall immediately confer to begin preparation of the pretrial materials required by Section 5 of Judge Ho's Individual Practices. Those materials shall be filed on or before January 5, 2024.

      SO ORDERED.

Dated: December 18, 2023
       New York, New York

                                                               _____
                                                                GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge