UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN DANIEL IRINEO MARTINEZ,                    :

               Plaintiff,           :       ORDER

   -v.-                                         :
                                       23 Civ. 2032 (DEH) (GWG)
GOURMET DELI ON 8TH AVE CORP. I. et al.,   :

               Defendants.         :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of the representation that plaintiff wishes to withdraw this matter, the Court will not requires the parties to comply with the Order to Show Cause dated January 8, 2024,

      Instead, it is ordered that on or before January 26, 2024, the parties shall file a stipulation of dismissal pursuant Rule 41(a)(1)(A)(ii), that specifies that the claims arising under the FLSA are dismissed without prejudice. In addition, the parties shall file a letter to Judge Ho on that date certifying that there has been no settlement of FLSA claims. See Kaloshi v. W. Village Oasis, Inc., 2023 WL 3945554, at *1 (S.D.N.Y. June 12, 2023)

Dated: January 11, 2024
       New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge